# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> :    No. 22-mj-87-GMH <br> : |
| v. | : <br> : |
| CHRISTOPHER SWAYZEE VARNER, | : <br> : |
| *Defendant.* | : <br> : |

## ORDER

Based upon the representations in the Defendant's *Consent* Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing set for May 19, 2022 is VACATED in light of the Defendant's agreement to waive his preliminary hearing; it is further

**ORDERED** that a status hearing is scheduled for July 1, 2022 at 2:00 p.m.; and it is further

**ORDERED** that the time between May 19, 2022, and July 1, 2022 shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) as the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial as a continuance will provide the Defendant additional time to review discovery with his counsel and provide time for defense counsel to confer with the prosecutor.

_____
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE